# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lindsay, Colin | | 05/24/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin | 05/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin** | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   529 # 1 H | | | | | | | | | |
| 2.   Alliance Bernstein CollegeBound fund 529 | | None | J | T | Distributed (part) | 04/15/20 | J | | |
| 3. | | | | | Distributed (part) | 07/13/20 | J | | |
| 4. | | | | | Distributed | 12/22/20 | J | | |
| 5. | | | | | Closed | 12/23/20 | | | |
| 6.   IRA # 1 H | | | | | | | | | |
| 7.   American Funds Capital | C | Dividend | L | T | Sold (part) | 01/24/20 | J | D | |
| 8. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 9. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 10.   American Funds Growth Fund of America | B | Dividend | K | T | Sold (part) | 04/24/20 | J | B | |
| 11. | | | | | Sold (part) | 07/24/20 | J | B | |
| 12.   American Funds New World | A | Dividend | K | T | Buy (add'l) | 04/24/20 | J | | |
| 13. | | | | | Sold (part) | 07/24/20 | J | C | |
| 14.   AQR Managed Futures Strategy | A | Dividend | J | T | Buy (add'l) | 01/24/20 | J | | |
| 15. | | | | | Sold (part) | 04/24/20 | J | B | |
| 16. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 17.   Calvert Global Energy | | None | | | Sold | 01/24/20 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Delaware Diversified Income | A | Dividend | K | T | Buy (add'l) | 01/24/20 | J | | |
| 19. | | | | | Sold (part) | 04/24/20 | J | B | |
| 20. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 21. Diamond Hill Long Short Fund | A | Dividend | J | T | Buy (add'l) | 01/24/20 | J | | |
| 22. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 23. Eaton Vance Floating Rate | A | Dividend | J | T | Sold (part) | 01/24/20 | J | A | |
| 24. | | | | | Sold (part) | 04/24/20 | J | A | |
| 25. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 26. Fidelity ADV Materials | | | | | Sold | 01/24/20 | K | E | |
| 27. Fidelity MSCI Health | A | Dividend | K | T | Sold (part) | 01/24/20 | J | B | |
| 28. | | | | | Sold (part) | 04/15/20 | J | A | |
| 29. | | | | | Sold (part) | 04/24/20 | J | B | |
| 30. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 31. Fidelity MSCI Materials | A | Dividend | K | T | Buy (add'l) | 01/24/20 | K | | |
| 32. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 33. | | | | | Sold (part) | 07/24/20 | J | B | |
| 34. First Eagle Overseas | A | Dividend | K | T | Buy (add'l) | 01/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Invesco Developing Markets | A | Dividend | L | T | Sold<br>(part) | 07/24/20 | J | C | |
| 36.  IShares Convertible Bond | A | Dividend | K | T | Sold<br>(part) | 01/24/20 | J | A | |
| 37. | | | | | Sold<br>(part) | 04/24/20 | J | A | |
| 38. | | | | | Sold<br>(part) | 07/24/20 | J | B | |
| 39.  IShares Core Growth | A | Dividend | L | T | Buy<br>(add'l) | 01/24/20 | K | | |
| 40. | | | | | Sold<br>(part) | 04/24/20 | J | A | |
| 41. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 42.  IShares Global Clean Energy | A | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 44. | | | | | Sold<br>(part) | 07/24/20 | J | C | |
| 45.  IShares Global REIT | A | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 48.  IShares Total USD Bond | A | Dividend | K | T | Sold<br>(part) | 01/24/20 | J | D | |
| 49. | | | | | Sold<br>(part) | 03/27/20 | J | A | |
| 50. | | | | | Sold<br>(part) | 04/24/20 | J | B | |
| 51.  Pimco Commodity Real RET | A | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 04/24/20 | J | A | |
| 53.  Royce Opportunity Fund | | | L | T | Buy<br>(add'l) | 04/24/20 | J | | |
| 54. | | | | | Sold<br>(part) | 07/24/20 | J | C | |
| 55.  Segall Bryant & Hamill | A | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 57.  Templeton Global Bond | B | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 58. | | | | | Sold<br>(part) | 04/24/20 | J | C | |
| 59. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 60.  Vanguard Developed Markets | A | | | | Sold | 01/24/20 | K | E | |
| 61.  Vanguard FTSE Developed | A | Dividend | K | T | Buy | 01/24/20 | K | | |
| 62.  Vanguard Inflation-Prote | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 65.  Vanguard Mid Cap | A | Dividend | L | T | Buy<br>(add'l) | 04/24/20 | J | | |
| 66.  Wasatch Small Cap Growth | B | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 68.  IRA # 2 H | | | | | Sold<br>(part) | 07/24/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Funds Capital Income | A | Dividend | J | T | Sold (part) | 01/24/20 | J | A | |
| 70. | | | | | Buy (add'l) | 07/24/20 | | | |
| 71. | | | | | Buy (add'l) | 10/26/20 | | | |
| 72. American Funds Growth | A | Dividend | J | T | Sold (part) | 10/26/20 | J | A | |
| 73. American Funds New World | A | Dividend | J | T | Sold (part) | 07/24/20 | J | A | |
| 74. AQR Managed Futures Strategy | A | Dividend | J | T | Buy (add'l) | 01/24/20 | | | |
| 75. | | | | | Sold (part) | 04/24/20 | J | A | |
| 76. | | | | | Buy (add'l) | 07/24/20 | | | |
| 77. | | | | | Buy (add'l) | 10/26/20 | | | |
| 78. Calvert Global Energy | | | | | Sold | 01/24/20 | J | B | |
| 79. Diamond Hill Long-Short | A | Dividend | J | T | Buy (add'l) | 01/24/20 | | | |
| 80. | | | | | Buy (add'l) | 07/24/20 | | | |
| 81. | | | | | Sold (part) | 10/26/20 | J | A | |
| 82. Fidelity ADV Materials | | | | | Sold | 01/24/20 | J | B | |
| 83. Fidelity MSCI Health | A | Dividend | J | T | Sold (part) | 01/24/20 | J | A | |
| 84. | | | | | Sold (part) | 04/15/20 | J | A | |
| 85. | | | | | Sold (part) | 04/24/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 07/26/20 | | | |
| 87. | | | | | Buy<br>(add'l) | 10/26/20 | | | |
| 88. Fidelity MSCI Materials | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | | | |
| 89. First Eagles Overseas | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | | | |
| 90. | | | | | Sold<br>(part) | 04/24/20 | J | A | |
| 91. | | | | | Buy<br>(add'l) | 07/24/20 | | | |
| 92. | | | | | Buy<br>(add'l) | 10/26/20 | | | |
| 93. Invesco Developing Markets | A | Dividend | J | T | | | | | |
| 94. iShares Convertible Bond | A | Dividend | J | T | Sold<br>(part) | 01/24/20 | J | A | |
| 95. | | | | | Sold<br>(part) | 04/24/20 | J | A | |
| 96. | | | | | Sold<br>(part) | 10/26/20 | J | A | |
| 97. iShares Core Growth | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | | | |
| 98. | | | | | Sold<br>(part) | 04/24/20 | J | A | |
| 99. | | | | | Buy<br>(add'l) | 07/24/20 | | | |
| 100. | | | | | Buy<br>(add'l) | 10/26/20 | | | |
| 101. iShares Global Clean Energy | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | | | |
| 102. | | | | | Sold<br>(part) | 07/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 10/26/20 | J | A | |
| 104. iShares Global REIT | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | | | |
| 105. | | | | | Buy<br>(add'l) | 04/24/20 | | | |
| 106. iShares Total USD Bond | A | Dividend | J | T | Sold<br>(part) | 01/24/20 | J | A | |
| 107. | | | | | Sold<br>(part) | 03/27/20 | J | A | |
| 108. | | | | | Sold<br>(part) | 04/24/20 | J | A | |
| 109. | | | | | Buy<br>(add'l) | 10/26/20 | | | |
| 110. Pimco Commodity Real RET | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | | | |
| 111. | | | | | Buy<br>(add'l) | 04/24/20 | | | |
| 112. Royce Opportunity Invmt | | | J | T | Buy<br>(add'l) | 04/24/20 | | | |
| 113. | | | | | Sold<br>(part) | 07/24/20 | J | A | |
| 114. | | | | | Sold<br>(part) | 10/26/20 | J | A | |
| 115. Templeton Global Bond | A | Dividend | J | T | Sold<br>(part) | 04/24/20 | J | A | |
| 116. | | | | | Buy<br>(add'l) | 07/24/20 | | | |
| 117. | | | | | Buy<br>(add'l) | 10/26/20 | | | |
| 118. Vanguard Developed Markets | | | | | Sold | 01/24/20 | J | C | |
| 119. Vanguard FTSE Developed Markets | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Vanguard Mid Cap | A | Dividend | J | T | Buy<br>(add'l) | 04/24/20 | | | |
| 121.  Wasatch Small Cap Growth | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | | | |
| 122. | | | | | Sold<br>(part) | 07/24/20 | J | A | |
| 123. | | | | | Sold<br>(part) | 10/26/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin | 05/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin** | 05/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Colin Lindsay**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544